**Jennifer L. JOYNER, Appellant,**

v.

**Christopher E. JOYNER, Respondent.**

**WD 79142**

Missouri Court of Appeals,
Western District.

ORDER FILED: June 14, 2016

Randall Barnes, Jefferson City, MO, Counsel for Appellant.

Mary Browning, Jefferson City, MO, Counsel for Respondent.

Before Division Two: Victor C. Howard, P.J., Thomas H. Newton, and Karen King Mitchell, JJ.

## ORDER

Per Curiam:

Ms. Jennifer Joyner appeals a judgment and decree of dissolution of marriage. Ms. Joyner and Mr. Christopher E. Joyner were married for almost eight years and had no children. Ms. Joyner claims that the trial court misapplied the law in failing to award maintenance and that the award was not supported by substantial evidence and was against the weight of the evidence.

For reasons stated in the memorandum provided to the parties, the judgment of the trial court is affirmed in accordance with Rule 84.16(b).